**SETH P. CHAZIN, SBN 133777**
**ATTORNEY AT LAW**
**LAW OFFICES OF SETH P. CHAZIN**
**1164 SOLANO AVENUE**
**ALBANY CA 94706**
Telephone: (510) 507-8100
Facsimile: (510) 525-0087

**Attorneys for Defendant:**
**KEVIN HARTIG**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No.: CR-14-527-7 RS |
| Plaintiff, | **ORDER PERMITTING TRAVEL** |
| vs. | |
| **KEVIN HARTIG,** | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant, Kevin Hartig, may travel to Woodbury, Minnesota, departing San Francisco on January 16, 2015, and shall return to San Francisco on January 22, 2015.

**IT IS SO ORDERED.**

**DATED:** 12/5/14                    _____
                                      **THE HONORABLE RICHARD SEEBORG**