UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR 14-527 RS |
| v. ) | |
| KEVIN HARTIG, ) ) ) | STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ |
| Defendant. ) | |

Upon the parties' stipulation, and **GOOD CAUSE SHOWN, IT IS HEREBY ORDERED** that the status hearing on December 6, 2016, for defendant Kevin Hartig is hereby vacated, and the above-captioned matter shall be continued to January 17, 2017, at 2:30 p.m. for a change of plea, and that the time from December 6, 2016, through January 17, 2017 shall be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(B)(ii), and 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court finds that (A) the above-captioned matter is complex based upon the nature of the prosecution; (B) failure to grant the continuance would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence; and (C) the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

DATED: December  6 , 2016

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE