SETH P. CHAZIN, SBN 133777
ATTORNEY AT LAW
LAW OFFICES OF SETH P. CHAZIN
1164 SOLANO AVENUE
ALBANY CA 94706
Telephone: (510) 507-8100
Facsimile: (510) 525-0087

Attorneys for Defendant:
KEVIN HARTIG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR-14-527-7 RS |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER TO RETURN DEFENDANT'S PASSPORT |
| vs. | ) |
| KEVIN HARTIG, | ) |
| Defendant. | ) |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the defendant's passport shall be returned to him forthwith.

**IT IS SO ORDERED.**

**DATED:** 5/1/17

_____
**UNITED STATES DISTRICT COURT** ~~MAGISTRATE~~

- 3 -